# CITY OF OAKLAND 

ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA  94612

Office of the City Attorney                                                                                      (510) 238-3601
John A. Russo                                                                                                      FAX: (510) 238-6500
City Attorney

Jennifer N. Logue, Deputy City Attorney                                                              (510) 238-6524

December 5, 2006

The Honorable James Larson
United States District Court
Northern District
450 Golden Gate Ave., 15th Fl., CTRM F
San Francisco, CA  94102

      Re:   <u>Walton v. City of Oakland; et al.</u>
            United States District Court Case No.: C 05-02964
            Our Case File No.:   24205

Dear Judge Larson:

      I am the attorney of record for Defendant City of Oakland in the above-referenced matter.  I am sending this letter to request that the February 16, 2007 settlement conference in this matter be rescheduled to February 27, 2007 at 10:00 a.m. because I am currently scheduled to appear before Judge Claudia Wilken in separate matter at 10:00 a.m. on February 16, 2007.  I spoke to plaintiff's counsel by phone today and he stated that he is available on February 27, 2007 and does not object to rescheduling the settlement conference to that date.

                              Very truly yours,

                              JOHN A RUSSO
                              City Attorney

                By:_____/s/_____
                          JENNIFER N. MATTHEWS
                          Deputy City Attorney

cc:  Eduardo Gonzalez, Esq.

*IT IS SO ORDERED*
/s/ James Larson
Judge James Larson

391194_1