JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JENNIFER N. LOGUE, Deputy City Attorney – State Bar #241910
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-6524          Fax:  (510) 238-6500
24205:391414

Attorneys for Defendant,
CITY OF OAKLAND

EDUARDO A. GONZALEZ, ESQ.
ATTORNEY AT LAW
P.O. BOX 27402
OAKLAND, CA
Telephone: (510) 325-5236

Attorney for Plaintiff,
KENNETH WALTON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH WALTON,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF OAKLAND, et al.<br><br>           Defendant. | Case No.  C 05-02964-CRB<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

      The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, that the current case management conference date of December 8, 2006, be continued to March 2, 2007 at 8:30 a.m.  Good cause exists for the requested continuance on the following grounds:

      On June 16, 2006, Judge Breyer directed the parties to complete a settlement conference before Chief Magistrate Judge James Larson prior to the next case

1

1  management conference.  The order referring this case for settlement conference was
2  filed on September 20, 2006.  On December 4, 2006, the parties received notice that the
3  settlement conference was set for February 16, 2007; however, due to a scheduling
4  conflict the settlement conference has been rescheduled to February 27, 2007.
5  Continuing the status conference to the new date will enable parties to complete the
6  settlement conference pursuant to Judge Breyer's instructions prior to the next case
7  management conference.

8  Respectfully submitted,
9

10  Dated:  December 7, 2006         EDUARDO A. GONZALEZ, Esq.
11
                                By:    __/S/ Eduardo A. Gonzalez_____
12                                     Attorney for Plaintiff,
                                       KENNETH WALTON
13

14
    Dated:  December 7, 2006         JOHN A. RUSSO, City Attorney
15                                   RANDOLPH W. HALL, Assistant City Attorney
                                     JENNIFER N. Logue, Deputy City Attorney
16

17                              By:   __/S/ Jennifer N. Logue_____
                                      Attorneys for Defendant,
18                                    CITY OF OAKLAND

19                                         **ORDER**
20      **IT IS HEREBY ORDERED** that pursuant to the terms of the stipulation between the
21  parties, the status conference shall be rescheduled for March 2, 2007 at 8:30 a.m.
22      IT IS SO ORDERED.
23
24  Dated:  December 11, 2006
25                                      _____
                                        JUDGE OF THE
26

*IT IS SO ORDERED*
*Judge Charles R. Breyer*