# CITY OF OAKLAND 

ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney  (510) 238-3601
John A. Russo  FAX: (510) 238-6500
City Attorney

Jennifer N. Logue, Deputy City Attorney  (510) 238-6524

March 13, 2007

The Honorable James Larson
United States District Court
Northern District
450 Golden Gate Ave., 15th Fl., CTRM F
San Francisco, CA 94102

**IT IS SO ORDERED**
*/s/ James Larson*
Judge James Larson

Re: Walton v. City of Oakland; et al.
United States District Court Case No.: C 05-029
Our Case File No.: 24205

Dear Judge Larson:

    I am the attorney of record for Defendant City of Oakland in the above-referenced matter. All parties in this case agree that a further settlement conference after some additional discovery would be productive. Accordingly, on behalf of all parties, I am sending this letter to request that a further settlement conference in this case be scheduled for June 8, 2007 at 10:00 a.m.

Very truly yours,

JOHN A RUSSO
City Attorney

By:_____/s/_____
    JENNIFER N. LOGUE
    Deputy City Attorney

cc: Eduardo Gonzalez, Esq.

399758