1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JENNIFER LOGUE, Deputy City Attorney – State Bar #241910
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California  94612
   Telephone:  (510) 238-6524        Fax:  (510) 238-6500
4  398344/24205

5  Attorneys for Defendant
   CITY OF OAKLAND

6
   EDUARDO A. GONZALEZ, ESQ.
7  ATTORNEY AT LAW
   P.O. BOX 27402
8  OAKLAND, CA
   Telephone: (510) 325-5236

9
   Attorney for Plaintiff
10 KENNETH WALTON

11
                  **UNITED STATES DISTRICT COURT**
12
                  **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15 Kenneth Walton,                      Case No.  C 05-02964 CRB

16          Plaintiff,                  **STIPULATION AND ORDER FOR
                                        FILING OF AMENDED COMPLAINT**
17      v.

18 CITY OF OAKLAND, et al.

19          Defendant.

20
       The parties to the above captioned litigation, Plaintiff Kenneth Walton, and
21
   Defendant City of Oakland, by and through their counsel of record hereby stipulate to the
22
   amendment of the Complaint on file in this action to include as party defendants, L.Odom
23
   and H. Ngnyen.
24

25

26
   Dated:  March14, 2007

                                       –1–

1

2  By:  _____/s/_____
                EDUARDO A. GONZALEZ, Esq.

3

4

5  Dated:  March 14, 2007

6                JOHN A. RUSSO, City Attorney
                 RANDOLPH W. HALL, Assistant City Attorney
7                JENNIFER LOGUE, Deputy City Attorney

8  By:_____/s/_____
                Attorneys for Defendant
9               CITY OF OAKLAND

10

11                        **ORDER**

12     **IT IS HEREBY ORDERED** that pursuant to the terms of the stipulation between the

13  parties, Plaintiff may file an Amended Complaint in this action.

14     **IT IS SO ORDERED.**

15

16  Dated:  May 9, 2007

17  _____
    JUDGE OF THE COURT

18

19                IT IS SO ORDERED

20                Judge Charles R. Breyer

21

22

23

24

25

26