EDUARDO A. GONZALEZ, ESQ (#123929)
ATTORNEY AT LAW
PO BOX 27402
OAKLAND, CA
Telephone: (510) 325-5236
Facsimile: (510) 434-9653

Attorney for Plaintiff
KENNETH WALTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WALTON, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OAKLAND, <br><br> Defendants | Case No.: C 05-02964 CRB <br><br> STIPULATION FOR ORDER PERMITTING DISMISSAL OF FIRST AMENDED COMPLAINT AS TO DEFENDANT HUY NGUYEN AND NAMING DEFENDANT HAMMAN NGUYEN IN PLACE OF DISMISSED DEFENDANT HUY NGUYEN |

THE PARTIES, PLAINTIFF KENNETH WALTON and DEFENDANT CITY OF OAKLAND by and through their counsel of record, hereby stipulate and agree to entry of Court's order permitting dismissal of the first Amended Complaint as to defendant HUY NGUYEN and substitution of the defendant HAMANN NGUYEN in the First Amended Complaint in place of dismissed defendant Huy Nguyen.

The parties also stipulate and agree that the Answer to Plaintiff's First Amended Complaint by Defendants' City of Oakland, Huy Nguyen and Lee Odom on file in this action shall serve as the answer on behalf of defendant, HAMANN NGUYEN and Lee Odom.

SO STIPULATED:

1

2 _____/s/_____    Dated: October 4, 2007
EDUARDO A. GONZALEZ, Esq.
3 Attorney for plaintiff KENNETH WALTON

4

5 _____/s/_____    Dated: October 4, 2007
JENNIFER LOGUE, ESQ
6 Deputy City Attorney for defendant CITY OF OAKLAND

7

8

9

10

11          October 5, 2007

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT
CASE No.  C05-02964CRB

2