```
 1 | EDUARDO A. GONZALEZ, ESQ. – SBN 123929
   | ATTORNEY AT LAW
 2 | P.O. BOX 27402
   | OAKLAND, CA
 3 | Telephone: (510) 325-5236    Fax: (510) 434-9653
 4 | Attorney for Plaintiff
   | KENNETH WALTON
 5 |
   | JOHN A. RUSSO, City Attorney – SBN 129729
 6 | RANDOLPH W. HALL, Assistant City Attorney – SBN 080142
   | JENNIFER N. LOGUE, Deputy City Attorney – SBN 241910
 7 | One Frank H. Ogawa Plaza, 6th Floor
   | Oakland, California 94612
 8 | Telephone: (510) 238-6524    Fax: (510) 238-6500
 9 | Attorneys for Defendants
   | CITY OF OAKLAND, et al.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Walton, | Case No. C 05-02964 |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREFIX AND [~~PROPOSED~~] ORDER** |
| v. | |
| CITY OF OAKLAND, et al. | |
| Defendant. | |

THE PARTIES BY AND THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD DO HEREBY STIPULATE AND AGREE:

To dismiss this action <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) with no right of appeal. Each party will bear his or her own costs of action.

Dated: March ___, 2008

By: _____
EDUARDO A. GONZALEZ, Esq.
Attorney for Plaintiff Kenneth Walton

Dated: March 4, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JENNIFER N. LOGUE, Deputy City Attorney

By: _____
Attorneys for Defendant
CITY OF OAKLAND

ORDER

Pursuant to the stipulation of the parties this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party to bear his or her own costs of action.

DATED March 18, 2008

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer